■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHAHEER HAKEEM, Appellant. [690 NYS2d 446] —Judgment, Supreme Court, Bronx County (Patricia Williams, J.), rendered July 28, 1997, convicting defendant, after a jury trial, of criminal sale of a controlled substance in the third degree and criminal possession of a controlled substance in the third degree, and sentencing him, as a second felony offender, to concurrent terms of 4½ to 9 years, unanimously affirmed.

The verdict was not against the weight of the evidence. We see no reason to disturb the jury's determinations concerning identification and credibility.

The court's identification charge, read as a whole (*see, People v Gomez*, 226 AD2d 296, *lv denied* 88 NY2d 936), fairly instructed the jury on the correct principles of law to be applied to the case, and neither usurped the fact-finding function of the jury nor conveyed any opinion concerning the merits of the defense of misidentification. We have considered and rejected defendant's remaining claims. Concur—Rosenberger, J. P., Tom, Rubin, Saxe and Buckley, JJ.